UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Carmelo Diaz Contreras, et al.,
    Plaintiffs,
V.
Wilfredo Luciano Quiñones, et al.,
    Defendants.

CASE NUMBER: 98-1561 (HL)

| MOTION |
|---|
| Date Filed: 9/9/99   Docket #11   [x] Plffs [] Defts<br>Title: Motion for Extension of Time<br>Opp'n Filed:   Docket # |
| ORDER |
| Granted. Plaintiffs are hereby granted an extension of time to submit English translations until September 25, 1999. No further extensions of time shall be granted. |

Date 9/14/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:   EOD:

By:

