# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

In Re:

CARMELO DIAZ CONTRERAS &
MARIA J. CRUZ GARAY,
   Debtors.

---

WILFREDO LUCIANO QUINONES,
et al.,
   Appellants,

v.

CARMELO DIAZ CONTRERAS,
et al.,
   Appellees.

Civil No. 98-1561 (HL)

## JUDGMENT

The Court having issued an opinion and order on this same date, judgment is hereby entered **affirming** the bankruptcy court's order entered on April 7, 1998, and **remanding** the case for an inquiry into appellants' treatment as an unsecured creditor in the underlying chapter 13 proceeding.

San Juan, Puerto Rico, September 14, 1999.

HECTOR M. LAFFITTE
Chief U.S. District Judge.

AO 72A
(Rev.8/82)