LF-104396

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

In Re:

CARMELO DIAZ CONTRERAS
MARIA CRUZ GARAY

Debtors

===============================

CARMELO DIAZ CONTRERAS  &
MARIA CRUZ GARAY
    Plaintiffs/Appellees

vs.

WILFREDO LUCIANO QUIÑONES et al
    Defendants

Angel L. Urbina-Ortega and Rosa Cruz-Garay
Appellants

**CIVIL NO. 98-1561 HL**

Appeal from CASE NO. 89-01680ESL
Adv. #97-0022



## NOTICE OF APPEAL

    Co-defendants Angel L. Urbina Ortega and Rosa Cruz Garay, through the undersigned attorneys hereby appeal to the US Court of Appeals for the First Circuit under 28 USC §158(d) and §1291 from the judgment entered on September 15, 1999 (Docket entry No. 14) pursuant to an Opinion and Order of same date (Docket entry No. 13).

    The parties to the order appealed from and the names of their respective attorneys are:

Roberto Pérez Obregón
Attorney for Plaintiffs
Carmelo Díaz Contreras
&María Cruz Garay
PO Box 9497
Bayamon, PR 00960-8041

US Trustee's Office
F.Degetau Federal Bldg.
Room 638
Chardón Avenue
Hato Rey, PR 00918

Standing Ch. 13 Trustee
PO Box 70370
San Juan, PR 00936-8370

urb-appeal-1stCir.wpd

Dated: October 12, 1999.

By: EDGARDO MUÑOZ
USDC # 125713

GARCIA & FERNANDEZ
BBV Tower, 10th Floor, Suite 1001
254 Muñoz Rivera Ave.
San Juan, PR 00918
Tel. 764-1932; Fax 766-2132

