UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Angel Urbina, et al.,
    Plaintiffs,
        V.                                CASE NUMBER: 98-1561 (HL)
Carmelo Diaz Contreras, et al.,
    Defendants.

---

### MOTION

Date Filed: 4/26/01    Docket # 23    [x] Plffs  [] Defts
Title: Motion Requesting Ruling
Opp'n Filed:    Docket #

### ORDER

    On September 15, 1999, the Court entered judgment in this case affirming the Bankruptcy Court's order of April 7, 1998 and remanding the case to the Bankruptcy Court. Subsequently, Plaintiffs appealed the judgment. On February 16, 2000, the First Circuit entered judgment dismissing the appeal for lack of jurisdiction.
    Plaintiffs request rehearing on the issue of remand. The Court hereby denies this motion without prejudice pending Plaintiffs' submission of a memorandum of law in support of Plaintiffs' request.

5/16/01
Date

HECTOR M. LAFFITTE
Chief U.S. District Judge

